## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. SACV 10-1876 DOC (RNBx)                    Date: February 28, 2011

Title: U.S. COMMODITY FUTURES TRADING COMM'N v. AMERICAN BULLION EXCHANGE
ABEX. CORP. et. al.

---

PRESENT:
### THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

| NONE PRESENT | NONE PRESENT |
|---|---|

PROCEEDING (IN CHAMBERS):         TAKING MATTER UNDER SUBMISSION

Before the Court is Defendant Ryan A. Nassbridge's Motion to Dismiss in the above-
captioned case (Docket 5).  The court finds this matter appropriate for decision without oral argument.
Fed.R.Civ. P. 78; Local Rule 7-15.

Accordingly, the hearing set for March 7, 2011 at 8:30 a.m. is removed from the calendar.
Parties will be served with the Court's ruling.

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.