**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. SAC 10-1876 DOC(RNBx)                                                                 Date: March 11, 2011

Title: U.S. COMMODITY FUTURES TRADING COMMISSION v. AMERICAN BULLION EXCHANGE ABEX, CORP., AMERICAN BULLION EXCHANGE, LLC, and RYAN A. NASSBRIDGES, defendants, and AMERICAN PREFERRED COMMODITIES APC CORP., R.E. LLOYD COMMODITIES GROUP HOLDINGS, LLC, and BITA J. NASSBRIDGES

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|     Nancy Boehme     |     Not Present     |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                         NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' MOTION TO DISMISS AS TO CORPORATE AND RELIEF DEFENDANTS

Before the Court is Plaintiff U.S. Commodities Futures Trading Commission's Motion to Strike Defendant Ryan A. Nassbridges's Motion to Dismiss as to corporate and relief defendants in the above-captioned case ("Motion") (Docket 6). The court finds this matter appropriate for decision without oral argument. Fed.R.Civ. P. 78; Local Rule 7-15. After considering the moving, opposing and replying papers thereon, the Court hereby GRANTS Plaintiff's Motion.

On January 4, 2011 Defendant Ryan A. Nassbridges ("Nassbridges") filed a Motion to Dismiss on behalf of himself, American Bullion Exchange ABEX, Corp. ("ABEX Corp."), American Bullion Exchange, LLC ("ABEX LLC"), American Preferred Commodities APC Corp. ("APC"), R.E. Llyod Commodities Group Holdings LLC ("R.E. Lloyd"), and his wife, Bita J. Nassbridges. Nassbridges is not an attorney, and brings the Motion to Dismiss *pro se.*

On January 12, 2011, Plaintiff U.S. Commodities Futures Trading Commission ("U.S. Commission") brought this Motion to Strike, contending that Defendants' Motion to Dismiss violated the Court's Local Rules, 83-2.1, 83-2.5.1, 83-2.10.1, and 83-2.10.2. The Court's Local Rules do not

allow a party representing himself *pro se* to also represent other entities or individuals. *See Licht v. Am. W. Airlines*, 40 F. 3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney); *Curry v. GMAC Mortg.*, 2010 WL 4553503 *3 and fn. 9  (9th Cir. Nov. 3, 2010) (asserting that "if plaintiffs are principals in a corporation, they may not represent that corporation *pro se*"; "to the extent plaintiffs are husband and wife, they cannot represent each other *pro se*.").

      Accordingly, Nassbridges may bring a Motion to Dismiss only on behalf of himself. The Court therefore STRIKES Defendant's Motion to Dismiss as to ABEX Corp., ABEX LLC, APC, R.E. Lloyd, and Bita J. Nassbridges.

      The Clerk shall serve this minute order on all parties to the action.