UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. SACV 10-01876 DOC (RNBx)　　　　　　　　　　　　　　　Date: May 2, 2011

Title: U.S. COMMODITIES AND FUTURES TRADING COMMISSION v. RYAN A. NASSBRIDGES, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

| NONE PRESENT | NONE PRESENT |
|---|---|

PROCEEDING (IN CHAMBERS): GRANTING PLAINTIFF'S MOTION TO STRIKE; DENYING DEFENDANT'S MOTION FOR CONTINUANCE OF HEARING AS MOOT

　　　　Before the Court is Plaintiff the U.S. Commodities and Futures Trading Commission's Motion to Strike the documents contained in Docket Nos. 27, 28, 29, 30, 32, 33, 34, 35, 36 ("Motion to Strike") (Docket 37). For the reasons set forth by Plaintiff, the Motion to Strike is GRANTED.

　　　　Defendants' Motion for Continuance of the hearing date on the Motion to Strike (Docket 38) is DENIED AS MOOT.

　　　　The Clerk shall serve this minute order on all parties to the action.