1  Ryan A. Nassbridges "PRO SE"
   29422 Ana Maria Lane
2  Laguna Niguel, CA 92577
   Email: Rnassbridges@cox.net
3  (949) 842-4484



FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 13 2011

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

4              UNITED STATES DISTRICT COURT

5       CENTRAL DISTRICT OF CALIFORNIA SANTA ANA DIVISION

| | |
|---|---|
| U.S. Commodities and Futures Trade Commission CFTC<br><br>Plaintiff,<br><br>V.<br><br>RYAN A, NASSBRIDGES<br>AMERICAN BULLION EXCHANGE ABEX CORP.<br>AMERICAN BULLION EXCHANGE LLC.<br><br>Defendant.<br><br>R.E.LLOYD COMMODITIES GROUP HOLDINGS LLC. AMERICAN PREFERRED COMMODITIES APC CORP. BITA J. NASSBRIDGES<br><br>Relief-Defendants | Case No.<br>**SACV10-01876 DOC (RNBx)**<br><br>INDIVIDUAL DEFENDANT<br>Ryan A. Nassbridges<br><br>## Judicial Notice<br><br>## Plaintiff Late filing in violation of Local Rule L-R.10<br><br>Honorable Judge Carter<br>Courtroom 9d<br>Hearing Date: May 23, 2011<br>Time: 8:30 am |

1. Defendant RYAN A. NASSBRIDGES ("the Defendant"), an "Individual " *"In Pro Per"* Hereby declares that all the summarized memorandum of points contain **NEW evidence and NOT** discussed previously are as follows

## Background

2. The "Individual Defendant" had filed a Motion for Reconsideration by submitting NEW facts and Evidence in compliance of Fed. R. Civ. Proc. 59

3. The defendant's Points of Authorities summarizes those NEW facts and evidences and Memorandum of Points, in support of [individual] defendant's defenses for the hearing previously **set by**

the [Plaintiff] for May 23, 2011. Were filed on May 03, 2011 and May 05, 2011.

4. The Plaintiff is very well informed that in compliance with United States District Court of Central California Local Rules L-R.10 and L-R.9; <u>As defined by Local Rules</u>: **L.R. 7-10** *Reply Papers; A moving party [here the Plaintiff] may, NOT later than fourteen (14) days [before] the date designated for the hearing of the motion, serve and file a [reply] memorandum, and declarations or other rebuttal evidence. Absent prior written order of the Court, the opposing party {here the Plaintiff} shall NOT have **filed** responses to defendant's answer 5 days before the hearing date.*

5. Yet the Plaintiff who was in position of the individual defendant's responses and defenses docket #40 through 43 since [May 03, 2011 and May 05, 2011,] chose to ignore these Laws and Local Rules which applies to everyone, and NOT only files its opposition on May 12, 2011, which is passed the deadline as defined by Local Rules, [*whereas as required by the L-R.10 there was NO prior ruling allowing the party to file later than the deadline*] but ALSO asking the court to [deny] the individual defendant's [Rights] to maintaining its defenses on the court dockets and asking to make those argument disappear from the court docket by filing another Motion to Strike, rather than responding, to doc #41,42,43. *AV*

6. <u>As defined by Local Rules</u>: L.R. 7-12 the Plaintiff filing on May 12, 2011 is F*ailure to File Required Papers by the deadline provided. The Court may decline to consider any memorandum or other paper NOT filed within the [deadline set by order or local*

rule] The failure to file any required paper, or the failure to file it within the deadline, [*may needed to be deem as consent to granting* defendant's motion to dismiss] Because the Plaintiff's Responses to defendant's Motion to dismiss filed within 5 days prior to the Defendant's [Motion to Dismiss] hearing date, the Plaintiff responses for entirely **NOT being** incompliance with LR-10, and L.R.12. The individual defendant's motion is to be Granted. Especially that the Plaintiff has NOT established the "Urgency" grounds for a call for an Injunction for Relief as required by the Supreme Court.

# PRAYER

1. The individual defendant on *basis of all the Lawful grounds presented* within defendant's pleadings and compliance with Local Rules, is only asking the Honorable Court to maintain fairness as defined by our Laws and Local Rules [entirely] or [Partially] **"Dismiss" the Injunction for Relief vs the individual defendants.**

I under penalty of perjury declare the statement made here is true.

Date May 12, 2011

Ryan A. Nassbridges "In Pro Per"
Individual Defendant