# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. SACV 10-01876 DOC (RNBx)                                                              Date: May 13, 2011

Title: U.S. COMMODITIES AND FUTURES TRADING COMMISSION v. RYAN A. NASSBRIDGES, ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                                           NONE PRESENT

PROCEEDING (IN CHAMBERS): GRANTING PLAINTIFF'S MOTION TO STRIKE; DENYING DEFENDANT'S MOTION FOR CONTINUANCE OF HEARING AS MOOT

Before the Court is Plaintiff the U.S. Commodities and Futures Trading Commission's Motion to Strike Docket Nos. 27, 28, 29, 30, 32, 33, 34, 35, 36 as to Defendants American Bullion Exchange ABEX, Corp. and American Bullion Exchange, LLC, American Preferred Commodities APC Corp., R.E. Lloyd Commodities Group Holding LLC and Bita Nassbridges, ("Motion to Strike") (Docket 37). For the reasons set forth by Plaintiff, the Motion to Strike is GRANTED.

Defendants' Motion for Continuance of the hearing date on the Motion to Strike (Docket 38) is DENIED AS MOOT.

Plantiff's Reply Motion filed May 12, 2011 (Docket 45) is deemed timely filed.

The Clerk shall serve this minute order on all parties to the action.