Kevin S. Webb, *pro hac vice*
*kwebb@cftc.gov*
James H. Holl, III, CA Bar #177885
*jholl@cftc.gov*
Attorneys for Plaintiff
U.S. Commodity Futures
Trading Commission
1155 21st Street, NW
Washington, DC 20581
Tel. 202-418-5000
Fax 202-418-5538

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BULLION EXCHANGE ABEX, CORP., a California corporation, AMERICAN BULLION EXCHANGE, LLC, a California limited liability company and RYAN A. NASSBRIDGES,<br><br>Defendants, and<br><br>AMERICAN PREFERRED COMMODITIES APC CORP., a California corporation, R.E. LLOYD COMMODITIES GROUP HOLDING LLC, a California limited liability company and BITA J. NASSBRIDGES,<br><br>Relief Defendants. | Case No. 8:10CV01876 DOC (RNBx)<br><br>Plaintiff's Motion Seeking Leave of Court to File Response to Defendant Nassbridges and Relief Defendant Nassbridges' Motion for Reconsideration Out of Time<br><br>Hearing: Aug. 29, 2011; 8:30 a.m. |

Plaintiff U.S. Commodity Futures Trading Commission ("Commission") hereby seeks leave of Court to file the attached response to Defendant Ryan A. Nassbridges and Relief Defendant Bita J. Nassbridges' (collectively, "R&B Nassbridges") Motion for Reconsideration (Docket #70) out of time as R&B Nassbridges failed to provide the Commission with sufficient time to respond pursuant to L.R. 7-9; as more fully discussed in Plaintiff's Memorandum in Support.

The Commission requests that the Court grant the Commission's Motion Seeking Leave without holding a hearing on the matter, both in the interest of judicial economy and to avoid unnecessary expense.

Dated: August 11, 2011

ATTORNEYS FOR THE PLAINTIFF
U.S. COMMODITY FUTURES
TRADING COMMISSION

/s/ Kevin S. Webb
Kevin S. Webb, DC Bar #484866
(*pro hac vice*)
kwebb@cftc.gov
James H. Holl, III, CA Bar #177885
jholl@cftc.gov
U.S. Commodity Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581
Tel. (202) 418-5000
Fax (202) 418-5538

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of Plaintiff's Motion and related documents were served by overnight mail delivery on August 11, 2011 on all parties of record on the attached service list.

Dated: August 11, 2011

ATTORNEYS FOR THE PLAINTIFF
U.S. COMMODITY FUTURES
TRADING COMMISSION

/s/ Kevin S. Webb
Kevin S. Webb, *pro hac vice*
*kwebb@cftc.gov*
James H. Holl, III, CA Bar #177885
*jholl@cftc.gov*
U.S. Commodity Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581
Tel. (202) 418-5000
Fax (202) 418-5538

## SERVICE LIST

**Case No. SACV10-1876 DOC (RNBx)**

American Bullion Exchange ABEX, Corp.
c/o Ryan A. Nassbridges
29422 Ana Maria Lane
Laguna Niguel, CA 92677

American Bullion Exchange, LLC
c/o Ryan A. Nassbridges
29422 Ana Maria Lane
Laguna Niguel, CA 92677

Ryan A. Nassbridges
29422 Ana Maria Lane
Laguna Niguel, CA 92677

American Preferred Commodities APC Corp.
c/o Ryan A. Nassbridges
29422 Ana Maria Lane
Laguna Niguel, CA 92677

R.E. Lloyd Commodities Group Holdings LLC
c/o Ryan A. Nassbridges
29422 Ana Maria Lane
Laguna Niguel, CA 92677

Bita J. Nassbridges
29422 Ana Maria Lane
Laguna Niguel, CA 92677