Kevin S. Webb, *pro hac vice*
*kwebb@cftc.gov*
James H. Holl, III, CA Bar #177885
*jholl@cftc.gov*
Attorneys for Plaintiff
U.S. Commodity Futures
Trading Commission
1155 21st Street, NW
Washington, DC 20581
Tel. 202-418-5000
Fax 202-418-5538

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION | ) ) Case No. 8:10CV01876 DOC (RNBx) ) |
| Plaintiff, | ) ) |
| v. | ) Plaintiff's Memorandum In Support ) of its Motion Seeking Leave of ) Court to File Response to Defendant |
| AMERICAN BULLION EXCHANGE ABEX, CORP., a California corporation, AMERICAN BULLION EXCHANGE, LLC, a California limited liability company and RYAN A. NASSBRIDGES, | ) Nassbridges and Relief Defendant ) Nassbridges' Motion for ) Reconsideration Out of Time ) ) Hearing: Aug. 29, 2011; 8:30 a.m. ) ) |
| Defendants, and | ) ) |
| AMERICAN PREFERRED COMMODITIES APC CORP., a California corporation, R.E. LLOYD COMMODITIES GROUP HOLDING LLC, a California limited liability company and BITA J. NASSBRIDGES, | ) ) ) ) ) ) ) |
| Relief Defendants. | ) ) |

_____ )

1

Plaintiff U.S. Commodity Futures Trading Commission ("Commission") seeks leave of Court to file the attached response to Defendant Ryan A. Nassbridges ("R. Nassbridges") and Relief Defendant Bita J. Nassbridges' ("B. Nassbridges") (collectively, "R&B Nassbridges") Motion for Reconsideration ("Defendants' Motion")(Docket #70) out of time.

On August 1, 2011, R&B Nassbridges filed Defendants' Motion scheduling a hearing on the motion for August 22, 2011.  In the Proof of Service attached to Defendants' Motion, R. Nassbridges certified that he served the motion on the Commission via U.S. Mail on July 26, 2011.   Counsel for the Commission has not received a copy of Defendants' Motion via U.S. Mail, but the Commission did receive notice of the filing via CM/ECF on August 3, 2011 – nineteen (19) days prior to the hearing date.

On August 5, 2011, counsel for the Commission notified R. Nassbridges that it did not receive notice of Defendants' Motion until nineteen (19) days prior to the hearing date.  Counsel for the Commission requested that R&B Nassbridges withdraw their motion and resubmit the motion with a hearing date that would provide the Commission with a reasonable time to draft and file a response to Defendants' Motion (i.e., at least twenty-eight or thirty-one days after re-filing).

On August 5, 2011, R&B Nassbridges filed an Errata ("Defendants' Errata")(Docket #71) "correcting" the hearing date to August 29, 2011.  In the Proof of Service attached to Defendants' Errata, R. Nassbridges certified that he

2

served the errata on the Commission via U.S. Mail on August 5, 2011.   Counsel

for the Commission has not received a copy of Defendants' Errata via U.S. Mail,

but the Commission did receive notice of the filing via CM/ECF on August 8, 2011

– twenty-one (21) days prior to the "corrected" hearing date.

On August 8, 2011, counsel for the Commission notified R. Nassbridges that

Defendants' Errata had not solved the problem previously identified as the

Commission did not receive notice of Defendants' Errata until August 8, 2011 –

the same day as the deadline for filing opposing papers to Defendants' Motion per

L.R. 7-9 (i.e., twenty-one (21) days prior to the "corrected" hearing date).   Counsel

for the Commission requested that R&B Nassbridges once again reschedule the

hearing to a date that would provide the Commission with a reasonable time to

draft and file a response to Defendants' Motion (i.e., at least twenty-eight or thirty-

one days after re-filing).

Despite the Commission's request, R&B Nassbridges' "corrected" hearing

date of August 29, 2011 remains on the docket.

As the deadline for filing opposing papers to Defendants' Motion has passed

(on August 8, 2011), the Commission seeks leave of Court to file a response to

Defendants' Motion out of time.

R&B Nassbridges provided the Commission with less than a day's notice to

respond to their motion.   The Commission attempted to address the timing issues

with R&B Nassbridges to no avail.   The Commission has worked expeditiously to

draft a response to Defendants' Motion upon notice of Defendants' Motion and its

hearing dates.

The declaration of Commission Senior Trial Attorney, Kevin S. Webb, is

attached in support of the motion.

For the reasons set forth above, the Commission respectfully requests that

the Court grant it leave to file the attached response to Defendants' Motion out of

time.

Dated: August 11, 2011                ATTORNEYS FOR THE PLAINTIFF
                                      U.S. COMMODITY FUTURES
                                      TRADING COMMISSION


                                      /s/ Kevin S. Webb_____
                                      Kevin S. Webb, DC Bar #484866
                                      (*pro hac vice*)
                                      *kwebb@cftc.gov*
                                      James H. Holl, III, CA Bar #177885
                                      *jholl@cftc.gov*
                                      U.S. Commodity Futures Trading
                                      Commission
                                      1155 21st Street, NW
                                      Washington, DC 20581
                                      Tel. (202) 418-5000
                                      Fax (202) 418-5538