IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BULLION EXCHANGE ABEX, CORP., a California corporation, AMERICAN BULLION EXCHANGE, LLC, a California limited liability company and RYAN A. NASSBRIDGES,<br><br>Defendants, and<br><br>AMERICAN PREFERRED COMMODITIES APC CORP., a California corporation, R.E. LLOYD COMMODITIES GROUP HOLDING LLC, a California limited liability company and BITA J. NASSBRIDGES,<br><br>Relief Defendants. | Case No. SACV10-1876 DOC (RNBx)<br><br>[~~Proposed~~] Order Granting Plaintiff's Motion Seeking Leave of Court to File Response to Defendant Nassbridges and Relief Defendant Nassbridges' Motion for Reconsideration Out of Time<br><br>Hearing: Aug. 29, 2011; 8:30 a.m. |

On August 11, 2011, Plaintiff U.S. Commodity Futures Trading Commission ("Commission") filed a motion ("Commission's Motion") seeking leave of Court to file a response to Defendant Ryan A. Nassbridges and Relief Defendant Bita J. Nassbridges' Motion for Reconsideration (Docket #70) out of time.

For the reasons set forth in the Commission's Motion and its Memorandum in Support, the Court grants the Commission's Motion. Date of 9-12-11 is vacated for this motion.

1

1 | SO ORDERED, on this 15 day of August, at ~~am/pm.~~

_____
**UNITED STATES DISTRICT COURT JUDGE**

DAVID O. CARTER