IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BULLION EXCHANGE ABEX, CORP., a California corporation, AMERICAN BULLION EXCHANGE, LLC, a California limited liability company and RYAN A. NASSBRIDGES,<br><br>Defendants, and<br><br>AMERICAN PREFERRED COMMODITIES APC CORP., a California corporation, R.E. LLOYD COMMODITIES GROUP HOLDING LLC, a California limited liability company and BITA J. NASSBRIDGES,<br><br>Relief Defendants. | Case No. SACV10-1876 DOC (RNBx)<br><br>Order Granting Plaintiff's Motion Seeking Leave of Court to File Response to Defendant Nassbridges and Relief Defendant Nassbridges' Motion for Summary Judgment Out of Time<br><br>Hearing: Dec. 3, 2012; 8:30 a.m. |

On November 16, 2012, Plaintiff U.S. Commodity Futures Trading Commission ("Commission") filed a Motion Seeking Leave to File a Response Out of Time to Defendant Ryan A. Nassbridges and Relief Defendant Bita J. Nassbridges' Motion for Summary Judgment (Docket #91).

///

///

1

1 | The Court grants Plaintiff's Motion for Leave to file a response out of time
to Docket #91.  **Plaintiff to file response by November 21, 2012.**

**SO ORDERED**, on this 20th day of 2012.

_____
**DAVID O. CARTER**
**UNITED STATES DISTRICT COURT JUDGE**

2